No. **CR - 08   00471   JW**   PVT

FILED

2008 JUL 16 P 4:18

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
vs.
### CUI YING TONG

### INDICTMENT

**COUNTS ONE-FIVE**:        18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods

**COUNTS SIX-TWENTY**:     18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Goods

*A true bill.*

_____
Foreperson

Filed in open court this _16_ day of _July_

A.D. 2008

_____
United States Magistrate Judge

Bail. $ _Summons for 8/7/08 at 9:30 (PVT)_

DOCUMENT NO. 1   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
 3
 4
 5
 6
 7
```

FILED

2008 JUL 16 P 4:19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR-08 00471 JW PVT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2320(a) - Trafficking and Attempted Trafficking in Counterfeit Goods; 18 U.S.C. § 2320(b)(3)(A)(iii) - Criminal Forfeiture |
| v. | |
| CUI YING TONG, | |
| Defendant. | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH FIVE: (18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods)

On or about October 1, 2005, in the Northern District of California, the defendant,

CUI YING TONG,

did intentionally traffic and attempt to traffic in goods, to wit, by offering counterfeit trademarked merchandise, including handbags, for sale at the DeAnza Flea Market in Cupertino, California, and did knowingly use counterfeit marks on and in connection with such goods, to wit, "Louis Vuitton" and "Burberry," among others, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of which marks was likely to cause confusion, and to cause mistake, as set forth in each of Counts One

INDICTMENT

through Five, below:

| COUNT | COUNTERFEIT ITEM |
|---|---|
| One | Burberry Purse |
| Two | Brown Louis Vuitton Briefcase |
| Three | Black Louis Vuitton Handbag |
| Four | Multi-Colored Louis Vuitton Handbag |
| Five | Pink Louis Vuitton Handbag |

All in violation of Title 18, United States Code, Section 2320(a).

<u>COUNTS SIX THROUGH TWENTY</u>:  (18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Goods)

On or about March 22, 2006, in the Northern District of California, the defendant,

CUI YING TONG,

did intentionally attempt to traffic in goods, to wit, by possessing with intent to traffic counterfeit trademarked merchandise contained in her Toyota Sienna van, California license plate number 5LVB130, in San Francisco, California, and did knowingly use counterfeit marks on and in connection with such goods, to wit, "Louis Vuitton," "Prada," and "Chanel," among others, which counterfeit marks were identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of which marks was likely to cause confusion, and to cause mistake, as set forth in each of Counts Six through Twenty, below:

| COUNT | COUNTERFEIT ITEM |
|---|---|
| Six | Bebe Shirt |
| Seven | Burberry Handbag |
| Eight | Chanel Handbag |
| Nine | Christian Dior Handbag |
| Ten | Coach Handbag |
| Eleven | Dolce & Gabbana Shirt |
| Twelve | Fendi Wallet |

**INDICTMENT**  2

| COUNT | COUNTERFEIT ITEM |
|---|---|
| Thirteen | Gucci Sunglasses |
| Fourteen | Gucci Pair of Shoes |
| Fifteen | Gucci Belt |
| Sixteen | Louis Vuitton Handbag |
| Seventeen | Louis Vuitton Watch |
| Eighteen | Louis Vuitton Scarf |
| Nineteen | Omega Watch |
| Twenty | Versace Sunglasses |

All in violation of Title 18, United States Code, Section 2320(a).

FORFEITURE ALLEGATION: (18 U.S.C. § 2320(b)(3)(A)(iii) - Criminal Forfeiture)

1. The allegations contained in Counts One through Twenty of this Indictment are hereby realleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2320(b)(3)(A)(iii).

2. Upon conviction of any of the offenses alleged in Counts One through Twenty of this Indictment, the defendant,

CUI YING TONG,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2320(b)(3)(A)(iii), any article that bears or consists of a counterfeit mark used in committing the offense, including but not limited to the counterfeit items seized on March 22, 2006 from the defendant's Toyota Sienna minivan bearing California license plate number 5LVB130.

DATED: 7/16/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _Susan Knight_)

INDICTMENT                3

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Counts 1-5: 18 U.S.C. § 2320(a) - Trafficking in Counterfeit Goods
Counts 6-20: 18 U.S.C. § 2320(a) - Attempted Trafficking in Counterfeit Goods
Criminal Forfeiture, 18 U.S.C. § 2320(b)(3)(A)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Cts 1-20: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

*E-FILING*

**DEFENDANT - U.S.**
▶ CUI YING TONG

FILED
2008 JUL 16 P 4:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**
CR-08  00471  JW  PVT

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
ICE - SA Tony Gregory

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  Susan Knight

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:**
c/o Peter Johnson, Attorney at Law
319 Railroad Avenue
Pittsburg, CA 94565

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: August 7, 2008 at 9:30am
Before Judge: Magistrate Judge Trumbull

Comments: