1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CSBN 163973
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,    )    No. CR 08-00471 JW
                                  )
14 |     Plaintiff,                )    STIPULATION AND [PROPOSED]
                                  )    ORDER TO CONTINUE DATE OF
15 |     v.                        )    INITIAL APPEARANCE AND
                                  )    ARRAIGNMENT
16 | CUI YING TONG,                )
                                  )
17 |     Defendant.                )    SAN JOSE VENUE
                                  )
18 |_____)

19    The undersigned parties respectfully request that the initial appearance and arraignment in the

20 above-captioned case be continued from August 7, 2008 to September 11, 2008 at 9:30 a.m.

21 before the Honorable Richard Seeborg. The reason for the continuance is to afford the parties an

22 opportunity to reach a disposition prior to the defendant making her initial appearance and being

23 arraigned on an indictment charging her with trafficking and attempted trafficking in counterfeit

24 goods, in violation of 18 U.S.C. § 2320(a).

25    SO STIPULATED:              JOSEPH P. RUSSONIELLO
                                  United States Attorney
26

27 DATED: 8/4/08                  _____/s/_____
                                  SUSAN KNIGHT
28                                Assistant United States Attorney


STIPULATION AND [PROPOSED] ORDER
CR 08-00471 PVT                          1

DATED: 8/4/08                           /s/_____
                                        PETER JOHNSON
                                        Counsel for Ms. Tong


Accordingly, the Court HEREBY ORDERS that the initial appearance and arraignment in United States v. Tong, CR 08-00471, is continued to September 11, 2008 at 9:30 a.m. before the Honorable Judge Seeborg.

SO ORDERED.


DATED:_____                    _____
                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00471 PVT                         2