1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )   Case No. CR 08-00471 JW
                                     )
14              Plaintiff,           )
                                     )   STIPULATION AND [PROPOSED]
15       v.                          )   ORDER CONTINUING HEARING DATE
                                     )   AND EXCLUDING TIME UNDER THE
16  CUI YING TONG,                   )   SPEEDY TRIAL ACT
                                     )
17                                   )
                Defendant.           )
18  _____  )

19

20       The undersigned parties respectfully request that the initial appearance scheduled for

21  October 20, 2008 at 1:30 p.m. be continued to November 10, 2008 at 1:30 p.m.  The reason for

22  the continuance is that the parties are negotiating a disposition of the case, and need additional

23  time to finalize a plea agreement.  In addition, defense counsel needs to complete his

24  investigation of the case.  The parties agree and stipulate that a waiver of time under the Speedy

25  Trial Act from October 20, 2008 to November 10, 2008 is appropriate.  The parties agree and

26  stipulate that an exclusion of time is appropriate based on the defendant's need for effective

27  preparation of defense counsel.

28  //

STIPULATION AND [PROPOSED] ORDER
NO. CR 08-00471 JW

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | Dated: 10/16/08 | /s/<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | Dated: 10/16/08 | /s/<br>PETER JOHNSON<br>Attorney for Defendant Tong |

7   Accordingly, the Court HEREBY ORDERS that the initial appearance is continued to
8   October 20, 2008 at 1:30 p.m.

9   For good cause shown, the Court FURTHER ORDERS that time be excluded under the
10  Speedy Trial Act from October 20, 2008 to November 10, 2008.  The Court finds, based on the
11  aforementioned reasons, that the ends of justice served by granting the requested continuance
12  outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
13  the requested continuance would deny defendant reasonable time necessary to reach a
14  satisfactory plea agreement and would thus result in a miscarriage of justice.  The Court therefore
15  concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
16  (B)(i).

17  SO ORDERED.

19  DATED: October 17, 2008

JAMES WARE
United States District Judge