PETER JOHNSON 165523
LAW OFFICE OF JOHNSON & JOHNSON
319 RAILROAD AVE., STE 201
PITTSBURG, CA 94565
T. (925) 432-7447
F. (925) 473-0512

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 08-00471 JW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| v. | |
| CUI YING TONG, | |
| Defendants. | |

The undersigned parties respectfully request that the Sentencing Hearing scheduled for March 9, 2009 at 1:30 p.m. be continued to April 27, 2009 at 1:30 p.m. The reason for the continuance is that the defense counsel in this matter is currently in a homicide trial in Department 5 of the Contra Costa County Superior Court in the matter of People v. Madison, Docket no. 5-071734-8. This trial is expected to continue through the middle of April. Both parties agree and stipulate that the above referenced matter be continued based on the defense counsel's unavailability.

SO STIPULATED:

Dated: 3/6/2009

PETER JOHNSON
Attorney for Defendant Tong

Dated: 3/6/09

SUSAN KNIGHT
Assistant United States Attorney

Accordingly, the Court HEREBY ORDERS that the Sentencing Hearing is continued to April 27, 2009 at 1:30 p.m.

SO ORDERED:

DATED: March 6, 2009

JAMES WARE
United States District Judge