```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorneys
 5
       150 Almaden Blvd., Suite 900
 6     San Jose, CA 95113
       Telephone: (408) 535-5056
 7     Facsimile: (408) 535-5066
       E-Mail: Susan.Knight@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

**IT IS SO ORDERED**
*Judge James Ware*

FILED 2009 APR [illegible] II: 50

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00471 JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION REGARDING FORFEITURE OF COUNTERFEIT GOODS SEIZED FROM THE DEFENDANT |
| CUI YING TONG, | ) | |
| Defendant. | ) | |

   On December 1, 2008, defendant Cui Ying Tong ("the defendant") pled guilty, pursuant to a plea agreement, to one count of trafficking in counterfeit goods. In the plea agreement, the defendant agreed to forfeit all of the counterfeit goods that were seized from her Toyota van on March 22, 2006. See 18 U.S.C. §§ 2320(b)(1)(A) and (b)(3)(A)(iii). The executed plea agreement contained an addendum listing numerous items that were subject to forfeiture. On December 23, 2008, the government filed an Application For a Preliminary Order of Forfeiture to began the forfeiture process, and on January 14, 2009, the Court approved the application.

   The government has recently learned that several seized items were inadvertently omitted from the forfeiture list attached to the plea agreement. Therefore, the parties agree and stipulate that the following items are subject to forfeiture pursuant to 18 U.S.C. §§ 2320(b)(1)(A) and

1  (b)(3)(A)(iii):

2      1. 8 Christian Dior Pairs of Socks;
    2. 6 Fendi Handbags;
3      3. 6 Fendi Pairs of Socks;
    4. 2 Louis Vuitton Handbags; and
4      5. 1 Burberry Coin Purse

5  The government will be filing another Application for a Preliminary Order of Forfeiture for the

6  above-referenced items for the Court's approval.

7  SO STIPULATED.

8  Dated: 4/27/09

9                        JOSEPH P. RUSSONIELLO
                      United States Attorney

11                       SUSAN KNIGHT
                      Assistant United States Attorney

13 Dated: 4/27/09

                      CUI YING TONG
14                       Defendant

16 Dated:

                      PETER D. JOHNSON
17                       Attorney for Defendant Tong

## INTERPRETER CERTIFICATION

I, ___EDWARD CHU___, hereby certify that I am a certified ___Cantonese___ [language] interpreter and that I accurately translated this stipulation regarding forfeiture to the defendant, she told me that she understood it, and I believe her answer was true and correct.

Dated: __4/27/09__

_Edward Chu_
Interpreter's signature